Margaret C. UGHETTA, Petitioner
Below, Appellant,

v.

Mary Harding CIST, individually, as Executrix of the Estate of John David Cist, and as Trustee of the Supplemental Trust Agreement of John David Cist, Respondent Below, Appellee.

No. 179, 2017

Supreme Court of Delaware.

Submitted: December 6, 2017
Decided: December 15, 2017

Court Below: Court of Chancery of the State of Delaware, C.A. No. 7885–MA.

AFFIRMED.